UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DR. TERRY LEE LAFLEUR, IN HIS OFFICIAL CAPACITY AS CANDIDATE FOR GOVERNOR OF SOUTH DAKOTA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF SOUTH DAKOTA, SHANTEL KREBS, IN HER PERSONAL AND OFFICIAL CAPACITY AS SECRETARY OF STATE FOR SOUTH DAKOTA; STEVEN BARNETT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE FOR SOUTH DAKOTA; DAN LEDERMAN, IN HIS PERSONALD AND HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE REPUBLICAN PARTY OF SOUTH DAKOTA; LORA HUBBEL, GORDON HOWIE, JOEL BERGAN, MARILEE ROOSE, FRANK FLUCKIGER, IN HIS PERSONAL AND OFFICIAL CAPACITY AS CHAIRMAN OF THE NATIONAL CONSTITUTION PARTY; AND MATT JOHNSON, JOINTLY AND SEVERELY,<br><br>Defendants. | 4:18-CV-04125-RAL<br><br>JUDGMENT OF DISMISSAL |

This Court having entered an order dismissing Plaintiff's Amended Complaint, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's Amended Complaint is dismissed for failure to state a claim upon which relief can be granted and that judgment is entered in favor of Defendants and against Plaintiff.

DATED this 28th day of June, 2019.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE